UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09242-SVW | Date | November 13, 2020 |
|---|---|---|---|
| Title | *Birke v. Lowe's Home Centers, LLC et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Teresa Jackson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [12] AND DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS [9], [10], [11].

Before the Court is Plaintiff's motion to remand and Defendants' motions to dismiss.

For the purposes of fraudulent joinder, a claim is valid if there is any possibility that state law might impose liability on a resident defendant under the circumstances alleged in the complaint or in a future amended complaint. *See Revay v. Home Depot U.S.A., Inc.*, 2015 WL 1285287, at *3 (C.D. Cal. Mar. 19, 2015).

The Court finds that there exists at least a possibility that state law imposes liability on Defendant Renderos for negligence under the circumstances alleged in the complaint or in a future amended complaint. Accordingly, Defendant Renderos is not a sham defendant, and his residency must be considered for jurisdictional purposes. Because both Plaintiff and Defendant Renderos are California residents, this Court lacks diversity jurisdiction and cannot hear the case.

In light of the foregoing, Defendants' motions to dismiss [9], [10], and [11] are DENIED as moot. Plaintiff's motion to remand [12] is GRANTED. Plaintiff's request for attorney's fees is DENIED. The case is remanded to Los Angeles Superior Court.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | TJ |